No. 281. NATIONAL LABOR RELATIONS BOARD *v.* SPARKS-WITHINGTON CO. ET AL. October 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Assistant Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. John T. Scott* for the Sparks-Withington Co., and *Mr. Benjamin Kleinstiver* for the United Cooperative Society, respondents.

No. 311. SCHNEIDERMAN *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Carol Weiss King* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Warner W. Gardner* for the United States. *Pearl M. Hart* filed a brief on behalf of the American Committee for Protection of Foreign Born, as *amicus curiae,* in support of the petition.

No. 348. SEMINOLE NATION *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Court of Claims granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Paul M. Niebell* and *W. W. Pryor* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 325. RODIEK, ANCILLARY EXECUTOR, *v.* UNITED STATES ET AL. October 13, 1941. Petition for writ of